IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FAWAD AHMED,                                              *

          Petitioner,                              *

v.                                                                      Case No.  4:26-cv-62 (CDL)

                                                 *

WARDEN, STEWART DETENTION CENTER,
                                                 *

          Respondent.                           *
_____
                                                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated 5/28/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of May, 2026.

                              David W. Bunt, Clerk


                              s/ Elizabeth S. Long, Deputy Clerk